■ In the Matter of NEW YORK PUBLIC INTEREST RESEARCH GROUP, INC., et al.—Application, pursuant to section 1 of article V of the New York State Constitution and section 111 of the State Finance Law, for consent to institute an action against the State Comptroller denied, without costs. Petitioner's application is insufficient on its face and fails to demonstrate how the Comptroller has refused or neglected to perform any duty required by the Constitution or by statute. Herlihy, P. J., Greenblott, Kane, Koreman and Main, JJ., concur.